IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL
ADC #104136                                                                                  PLAINTIFF

v.                          Case No. 5:15-cv-00154-KGB-JWC

RAY HOBBS, *et al.*                                                                          DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerry Cavaneau (Dkt. No. 3). Plaintiff Jessie Hill filed a motion to extend time to file his objections to the Proposed Findings and Recommendations (Dkt. No. 4). This Court grants Mr. Hill's motion for extension of time (Dkt. No. 4) and considers as timely filed his objections to the Proposed Findings and Recommendations (Dkt. No. 5). After careful review of the Proposed Findings and Recommendations, the objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, this Court denies Mr. Hill's motion to proceed *in forma pauperis* (Dkt. No. 1), and this case is dismissed without prejudice.

This Court also denies as moot all other pending motions, including but not limited to Mr. Hill's motion for injunctive relief (Dkt. No. 6). The Court has carefully considered the allegations made by Mr. Hill in that motion and in all of his other filings in this case. The Court determines that his allegations do not, and did not when filed, sufficiently allege the kind of "imminent danger of serious physical injury" that falls within the exception to 28 U.S.C. § 1915(g) and that would permit Mr. Hill to proceed with his case without the payment of filing fees. Mr. Hill is not entitled to *in forma pauperis* status here.

If Mr. Hill wants to continue this case, he must submit the statutory filing fee of $400.00 to the Clerk of the Court, noting the above case style and number, within 30 days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

The Court additionally certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

SO ORDERED this 7th day of January, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE