IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JESSIE HILL
ADC #104136                                                                                       PLAINTIFF

v.                         Case No. 5:15-cv-00154-KGB-JWC

RAY HOBBS, *et al.*                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed this date, the Court dismisses without prejudice this case; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

SO ADJUDGED this the 7th day of January, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE